Rule 18 is shortened to five days from the date of this Opinion.

**DAVID A. BRAMBLE, INC., Plaintiff Below, Appellant,**

v.

**OLD REPUBLIC GENERAL INSURANCE CORPORATION, Defendant Below, Appellee.**

No. 78, 2017

Supreme Court of Delaware.

Submitted: March 6, 2017
Decided: March 20, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. S16C-06-025

DISMISSED.

**In the MATTER OF the Petition of Kushal SHAH f/k/a Gerron Lindsey for a Writ of Mandamus**

No. 109, 2017

Supreme Court of Delaware.

Submitted: March 13, 2017
Decided: March 21, 2017

DISMISSED.

**Lakshmi ARUNACHALAM, Ph.D., Defendant/Counterclaim Plaintiff/Third–Party Plaintiff, Appellant,**

v.

**PAZUNIAK LAW OFFICE, LLC and George Pazuniak, Plaintiffs/Counterclaim Defendants Below, Appellees,**

and

**O'Kelly and Ernst, LLC, Third–Party Defendant Below, Appellee.**

No. 102, 2017

Supreme Court of Delaware.

Submitted: March 17, 2017
Decided: March 21, 2017

Court Below—Superior Court of the State of Delaware C.A. No. N14C–12–259

DISMISSED.

**Andre JOHNSON, Plaintiff Below, Appellant,**

v.

**STATE of Delaware, Defendant Below, Appellee.**

No. 465, 2016

Supreme Court of Delaware.

Submitted: March 8, 2017
Decided: March 22, 2017

Court Below: Superior Court of the State of Delaware, Cr. ID No. 92006336DI

AFFIRMED.